# UNITED STATES BANKRUPTCY COURT

SOUTHERN District of TEXAS

HOUSTON DIVISION

| | |
|---|---|
| In re    Andrew Alexander, Jr. <br> Rita R. Alexander, <br> <span style="font-size:small">Debtor</span> | Case No. 10-38651-H4 <br><br> Chapter 13 |

## Response to Notice of Final Cure Payment

| | |
|---|---|
| **Name of Creditor:** WELLS FARGO BANK, N.A. | **Last four digits** of any number you use to identify the debtor's account  0019 |
| **Uniform Claim Identifier**: n/a | **Court Claim No. (if known):** 6 |

### Part 1: Status of Payments on Claim and Post-Petition Payments

**In response to the Trustee's Notice of Final Cure Payment, Creditor states that:**

**Section A: Status of Claim Amounts (Choose ONE in Section A)**

☒ As of 11/23/2015, Debtor(s) has paid in full the amount required to cure the default on the Creditor's claim.

    ☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will have paid in full the amount required to cure the default on the Creditor's claim.

☐ As of _____, Debtor(s) has **not** paid in full the amount required to cure the default on the Creditor's claim.

    ☐ The Creditor contends that the amounts itemized in Part 2 below remain unpaid.

    ☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will have paid in full the amount required to cure the default on the Creditor's claim.

**Section B: Status of Post-Petition Payment, Fees, Expenses and Charges (Choose ONE in Section B)**

☐ **Post-Petition Payments Paid by Debtor(s)**

    ☐ As of _____, the Creditor agrees that that Debtor(s) is current on all post-petition payments, fees, expenses and charges. Debtor(s) is due post petition for _____.

    ☐ As of _____, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and charges. The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

☒ **Post-Petition Payments Paid by Trustee**

    ☒ As of 11/23/2015, the Creditor agrees that the Debtor(s) is current with all post petition payments consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs. Debtor(s) is due post petition for 11/01/2015.

        ☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will be current with all post petition payments thorough the date of the Trustee's Notice consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs.

    ☐ As of _____, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and/or charges consistent with Section 1322(b)(5). The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

### Part 2: Itemization of Claim Amounts not Cured by Debtor(s)

| Description | | Amount |
|---|---|---|
| **1. Late charges** | (1) | _____ |
| **2. Non-sufficient funds (NSF) fees** | (2) | _____ |
| **3. Attorney's fees** | (3) | _____ |
| **4. Filing fees and court costs** | (4) | _____ |

**5. Advertisement costs** (5) _____

**6. Sheriff/auctioneer fees** (6) _____

**7. Title costs** (7) _____

**8. Recording fees** (8) _____

**9. Appraisal/broker's price opinion fees** (9) _____

**10. Property inspection fees** (10) _____

**11. Tax advances (non-escrow)** (11) _____

**12. Insurance advances (non-escrow)** (12) _____

**13. Property preservation expenses** (13) _____

**14. Escrow shortage or deficiency (not included as part of any installment payment listed in line item 15)** (14) _____

**15. Past Due Payments**

_____ – _____        _____ installments at _____    $0.00
_____ – _____        _____ installments at _____    $0.00
_____ – _____        _____ installments at _____    $0.00
        Past due payments prior to _____ in the total amount of _____
        See attached for breakdown.

                                    **Total payments due ▶**    (15) $0.00

**16. Other. Specify:** (16) _____

**17. Other. Specify:** (17) _____

**18. Unapplied Funds** (18) (_____)

**19. Total Claim Amounts not cured by Debtor(s). Add all of the amounts listed above.** (19) $0.00

## Part 3: Itemization of Post-Petition Payments, Fees, Expenses and Charges not Cured by Debtor(s)

| Description | Amount |
|---|---|
| **1. Late charges** | (1) _____ |
| **2. Non-sufficient funds (NSF) fees** | (2) _____ |
| **3. Attorney's fees** | (3) _____ |
| **4. Filing fees and court costs** | (4) _____ |
| **5. Advertisement costs** | (5) _____ |
| **6. Sheriff/auctioneer fees** | (6) _____ |
| **7. Title costs** | (7) _____ |
| **8. Recording fees** | (8) _____ |
| **9. Appraisal/broker's price opinion fees** | (9) _____ |
| **10. Property inspection fees** | (10) _____ |
| **11. Tax advances (non-escrow)** | (11) _____ |

**12. Insurance advances (non-escrow)** (12) _____

**13. Property preservation expenses** (13) _____

**14. Past Due Payments**

  **Escrow advance on the account?**

  ☐  No

  ☐  Yes  Escrow advance balance on the account is _____ and will be collected through the escrow portion of the ongoing monthly installments.

_____ – _____ _____ installments at _____ $0.00

_____ – _____ _____ installments at _____ $0.00

_____ – _____ _____ installments at _____ $0.00

  Past due payments prior to _____ in the total amount of _____

  See attached for breakdown.

  **Total payments due ▶** (14) $0.00

**15. Other. Specify:** (15) _____

**16. Other. Specify:** (16) _____

**17. Unapplied Funds** (17) (_____)

**18. Total post-petition payments, fees, expenses and charges not cured by Debtor(s).** (18) $0.00

Attorney for creditor (signature) /s/ ABBEY ULSH

Attorney for creditor (print) ABBEY ULSH

Bar registration number 24051459

Company BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP

Address (1) 15000 SURVEYOR BLVD. SUITE 100

Address (2) ADDISON, TX 75001

Phone contact (972) 386-5040

Fax contact (972) 661-7725

Email contact SDECF@BDFGROUP.COM

**Additional Documentation**

**Additional Documentation**

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

☒I hearby certify that a copy of <u>Response toNoticeofFinalCurePayment</u> was mailed first class, postage paid, this <u>24TH</u> day of <u>November,</u> <u>2015</u> to:

Party 1:

DEBTORS:

RITA R. ALEXANDER

ANDREW ALEXANDER, JR.

5311 LELIA STREET

HOUSTON, TX 77026


Party 2:



☒I hearby certify that a copy of <u>Response toNoticeofFinalCurePayment</u> was uploaded through the Court's ECF System at the e-mail address register with the court on, this <u>24TH</u> day of <u>November,</u> <u>2015</u> to:

Party 1

Debtor's Attorney:

VICKY M. FEALY

Email: **vfealy@fealylawfirm.com**


TRUSTEE:

DAVID G. PEAKE

Email: **court@peakech13trustee.com**

Attorney for creditor (signature)
/s/ ABBEY ULSH

Attorney for creditor (print) ABBEY ULSH