Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Andrew Alexander, Jr. |
| Debtor 2 (Spouse, if filing) | Rita R. Alexander |
| United States Bankruptcy Court for the: | Southern District of Texas (Houston) |
| Case number | 10-38651 |

**Official Form 410S1**

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Wells Fargo Bank, N.A.   **Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 0019

**Date of payment change:** Must be at least 21 days after date of this notice — 05/01/2016

**New total payment:** Principal, interest, and escrow, if any — $653.70

**Uniform Claim Identifier:**

---

### Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $255.38    New escrow payment: $250.67

### Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
   If a notice is not attached, explain why:

Current interest rate:         New interest rate:
Current principal and interest payment:      New principal and interest payment:

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:

Current mortgage payment:         New mortgage payment:

---

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑  I am the creditor.

☐  I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Tunisia Cooper                                    Date  03/23/2016
VP Loan Documentation

Print: Tunisia Cooper                                   Title  VP Loan Documentation

Company   Wells Fargo Bank, N.A./Wells Fargo Home Mortgage     Specific Contact Information:
Address   MAC X7801-014                                        P: 800-274-7025
          3476 Stateview Blvd.                                 E: NoticeOfPaymentChangeInquiries@wellsfargo.com
          Fort Mill, SC 29715

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas (Houston)

Chapter 13 No. 10-38651

In re:  Judge: Jeff Bohm

Andrew Alexander, Jr. and Rita R. Alexander

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2016, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor: Andrew Alexander, Jr.
Rita R. Alexander
5311 Lelia St.
Houston, TX 77026

Debtor's Attorney: Vicky M Fealy
Fealy Law Firm PC
1235 N. Loop W., Ste 1005
Houston, TX 77008

Trustee: David G Peake
Chapter 13 Trustee
9660 Hillcroft
Suite 430
Houston, TX 77096-3856

/s/ Bill Taylor

Authorized Agent

898808-c80b7e3f-b3af-40b9-b7ea-06f2855496cc-

1560

**WELLS FARGO HOME MORTGAGE**

Wells Fargo Home Mortgage
PO Box 14547
Des Moines, IA 50306-4547

Page 1 of 3

ANDREW ALEXANDER, JR
5311 LELIA ST
HOUSTON TX 77026-5311

**For informational purposes**

**Escrow account disclosure statement and notice of new mortgage payment**

| | |
|---|---|
| Loan number: | |
| Next payment due date: | March 01, 2016 |
| New payment effective date: | May 01, 2016 |
| New payment amount: | $653.70 |
| Overage amount: | $75.52 |
| Principal balance: | $54,434.32 |
| Interest rate: | 6.350% |
| Statement date: | March 09, 2016 |
| Account review period: | Jan 2016 - Apr 2016 |
| Customer service: | 1-800-340-0473 |
| Customer service hours: | Mon - Fri  7 a.m. - 8 p.m CT. |

We accept telecommunications relay service calls.

Property address:
5311  LELIA STREET
HOUSTON TX 77026-5311

Dear ANDREW ALEXANDER, JR:

Each year, we review your escrow account to make sure the escrow portion of your scheduled mortgage payment covers your property taxes and/or insurance premiums. Increases or decreases in your annual taxes and/or insurance premiums may cause your mortgage payment amount to change. Here are the details of your most recent escrow account review.

Note: This notice is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make any escrow shortage payment, if applicable. This notice should not be construed as an attempt to collect a debt or a demand for payment contrary to any protection you may have received pursuant to your bankruptcy case.

**New escrow and mortgage payment amount**

| New payment effective date<br>May 01, 2016[1] | Current payment ($) | New payment ($) |
|---|---|---|
| Principal and/or interest | 403.03 | 403.03 |
| Escrow payment | 255.38 | 250.67 |
| Escrow shortage/prepayment[2] | 0.00 | 0.00 |
| **Total payment amount** | **658.41** | **653.70** |

1. If you use one of our automatic payment options, we will adjust your electronic withdrawal(s) to ensure your May 01, 2016 payment is made in full.

2. If your current payment includes an amount to cover a previous escrow shortage, this amount will be added.  If your current  payment includes an adjustment for extra funds you deposited to your escrow account, this amount will be deducted.

You have an escrow account balance overage of $75.52 for which we have issued the attached check. This check amount reflects a refund based on your escrow account analysis and may be due to smaller than expected tax and/or insurance payments made from your escrow account last year. Please note overage balances are not calculated or refunded based on a calendar year, but on your escrow analysis yearly review schedule.

A guide to your escrow questions and answers is available at:  wellsfargo.com/escrowquestions



For informational purposes

The following information covers your projected escrow account activity from May 2016 to Apr 2017

**Projected escrow account disbursements**
Annualized items to be paid from your escrow account ($):

| | |
|---|---|
| COUNTY TAX | 1,460.98 |
| HAZARD INS | 1,547.00 |
| Total disbursements | 3,007.98 |
| **Scheduled escrow payment** | 250.67[1] |

1. Your escrow payment is calculated by dividing the total disbursements by 12.

**Projected escrow account activity for the next 12 months**

| Date | Anticipated payments ($) To escrow | From escrow | Description | Escrow balance ($) Projected | Required |
|---|---|---|---|---|---|
| May 2016 | | | Starting balance | 1,078.14 | 1,002.62 |
| May 2016 | 250.67 | 0.00 | | 1,328.81 | 1,253.29 |
| Jun 2016 | 250.67 | 0.00 | | 1,579.48 | 1,503.96 |
| Jul 2016 | 250.67 | 0.00 | | 1,830.15 | 1,754.63 |
| Aug 2016 | 250.67 | 0.00 | | 2,080.82 | 2,005.30 |
| Sep 2016 | 250.67 | 0.00 | | 2,331.49 | 2,255.97 |
| Oct 2016 | 250.67 | 0.00 | | 2,582.16 | 2,506.64 |
| Nov 2016 | 250.67 | 0.00 | | 2,832.83 | 2,757.31 |
| Dec 2016 | 250.67 | 1,460.98 | HARRIS COUNTY | 1,622.52 | 1,547.00 |
| Dec 2016 | 0.00 | 1,547.00 | STATE FARM INS | 75.52[2] | 0.00[3] |
| Jan 2017 | 250.67 | 0.00 | | 326.19 | 250.67 |
| Feb 2017 | 250.67 | 0.00 | | 576.86 | 501.34 |
| Mar 2017 | 250.67 | 0.00 | | 827.53 | 752.01 |
| Apr 2017 | 250.67 | 0.00 | | 1,078.20 | 1,002.68 |
| **Total** | **3,008.04** | **3,007.98** | | | |

These calculations indicate the projected escrow balance will be more than the required escrow balance.

The projected escrow account activity is based on the most recent tax and/or insurance information available as well as the assumption that your payments will be received as agreed.

2. **Projected low point**. The point during the annual period at which the projected escrow balance will reach its lowest point.

3. **Required escrow balance**. To cover unanticipated disbursements, including increases to tax or insurance payments, there is a minimum escrow balance allowable by state law and/or your mortgage contract. This amount does not include mortgage insurance.

- Your minimum escrow balance is **$0.00**
- State law requires that this minimum escrow balance not exceed **$0.00**
- *Note*: If you have an adjustable rate mortgage (ARM), you will receive a notice about your new mortgage payment when your ARM rate is scheduled to change.

**Information about your escrow account overage**

| | |
|---|---|
| Your lowest projected escrow account balance (low point) ($) | 75.52 |
| Less your required minimum escrow account balance ($) | 0.00 |
| **This means your escrow account has an overage of ($)** | **75.52** |

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

ENDORSE HERE
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

THE SECURITY FEATURES ON THIS DOCUMENT INCLUDE A MICROPRINT SECURITY BORDER AND SECURITY SCREEN. ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION.

For informational purposes     Loan number: ▮▮▮▮ 

The following information covers your escrow account history activity from Jan 2016 to Apr 2016

| Date | Payments to escrow ($) | | Payments from escrow ($) | | Description | Escrow balance ($) | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Jan 2016 | | | | | Starting balance | 0.02 | 56.62 |
| Jan 2016 | 255.38 | 255.38 | 0.00 | 0.00 | | 255.40 | 312.00 |
| Feb 2016 | 255.38 | 255.38 | 0.00 | 0.00 | | 510.78 | 567.38 |
| Mar 2016 est. | 255.38 | 255.38 | 0.00 | 0.00 | | 766.16 | 822.76 |
| Apr 2016 est. | 255.38 | 255.38 | 0.00 | 0.00 | | 1,021.54 | 1,078.14 |
| **Totals** | **1,021.52** | **1,021.52** | **0.00** | **0.00** | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.
© 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801



**Manage your mortgage payments easily with the Preferred Payment Plan℠**

- Schedule weekly, biweekly, semi-monthly or monthly payments
- Save time and money with free, secure withdrawals
- No due dates to remember or checks to write

It's free, secure and convenient. To enroll, call 1-866-386-8519.

**A guide to your escrow questions and answers is available at: wellsfargo.com/escrowquestions**